AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 14-6402-Hunt |
| TARIQ AHMAD | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 6, 2014,__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1073 | The defendant did knowingly move or travel in interstate or foreign commerce with the intent to avoid prosecution for sexual battery familial or custodial authority and lewd and lascivious molestation. |

This criminal complaint is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Jeffrey J. Andresen, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/12/2014__

_____
*Judge's signature*

City and state: __Ft. Lauderdale, Florida__    Patrick M. Hunt, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Jeffrey J. Andresen, being duly sworn, depose and state:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since September 2004. I am currently assigned to the Violent Crimes/Fugitive Task Force of the Miami Division of the FBI.

2. This affidavit is submitted in support of a criminal complaint charging TARIQ AHMAD ("AHMAD") with flight with intent to avoid prosecution for a felony under the laws of the State of Florida.

3. The information contained in this affidavit is the result of my own investigation, or has been provided to me by other law enforcement authorities, whom I believe to be reliable.

4. On October 6, 2014, an Information was filed in Broward County Circuit Court charging AHMAD with five counts of sexual battery familial or custodial authority, in violation of Fla. Stat. §§794.011(1)(h) and 794.011(8)(b), and one count of lewd and lascivious molestation, in violation of Fla. Stat. §§800.04(5)(a) and 800.04(5)(c)2.

5. According to the Complaint Affidavit executed by Pembroke Pines Detective Lewis-Ximinies, victim "R.S-A" advised that she had sex with AHMAD, her 6th grade teacher, from when she was 12 years to 14 years old. The victim advised that her relationship with AHMAD started at school because AHMAD told her she was pretty and gave her a lot of attention. The victim advised that the first incident took place on a Sunday in April 2006 when she agreed to meet with AHMAD. She entered AHMAD's truck. They started kissing, AHMAD rubbed her crotch area with his fingers, pulled her pants down, moved from the driver's seat and positioned himself on top of her in the front passenger seat. AHMAD penetrated her vaginally with his penis. The sexual act lasted 2-3 minutes because she stated to

1

"bleed all over" the seat and told him to stop which he did. Over the next two years, the victim met AHMAD almost every Sunday or he would drive her to his residence where they would always engage in some form of sexual activity. AHMAD told the victim that if anyone asked who she was, she should tell them that she is his daughter. The victim stopped having sex with AHMAD in July 2008. The victim advised she also discovered that AHMAD may have had sexual relationships with other female students who attended the same school. A witness (former student) advised Detective Lewis-Ximinies that she also had a sexual relationship with AHMAD when she was between 15-16 years old. The witness, who is now an adult, advised she did not wish to pursue charges, however, she stated that she knew AHMAD and the victim and that AHMAD told her he also had a sexual relationship with the victim. AHMAD was interviewed and denied any sexual relationship with the victim or the witness.

6. On October 6, 2014, a Capias Warrant was issued in Broward County, Florida, for AHMAD's arrest on five counts of sexual battery on a minor 12 – 17 years of age and one count of lewd or lascivious molestation.

7. On October 8, 2014, the Pembroke Pines Police Department was advised by family members that AHMAD is no longer residing in the United States and may have fled to Guyana. Homeland Security Investigations has advised that database records checks indicate that AHMAD departed the United States on September 27, 2014, and has not returned.

8. At this time, AHMAD remains at large and his whereabouts are unknown.

9. AHMAD is described as an Indian male, who is 5'11" tall and weighs approximately 180 pounds with black hair and brown eyes.

10. The Broward County State Attorney's Office has made representation that the State of Florida will extradite and prosecute AHMAD if he is apprehended in another state,

district, or territory of the United States, and that the State of Florida will bear all expenses arising therefrom.

11. Based on the foregoing facts, your Affiant respectfully submits that there is probable cause to believe that TARIQ AHMAD did knowingly move or travel in interstate or foreign commerce with the intent to avoid prosecution, in violation of Title 18, United States Code, Section 1073.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Jeffrey J. Andresen
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before
me this 12th day of November, 2014.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

3